# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Jerald Wayne Roberson | ) | Case No. 4:13-po-001 |

___

On March 15, 2013, the Government filed an Information charging Jerald Wayne Roberson with the offense of assault by striking, beating, and wounding in violation of 18 U.S.C. § 113(a)(4). Attached to the application was a supporting affidavit from Lenora Nioce, Special Agent of the Bureau of Indian Affairs.

Special Agent Nioce's affidavit establishes probable cause to believe that Jerald Wayne Roberson may have committed the offense as charged in the Information. Accordingly, the court authorizes the Clerk's office to issue an arrest warrant for Jerald Wayne Roberson. See Fed. R. Civ. P. 9.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court